

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 15, 2024

The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Unsealing of Complaint 24 MAG 1059</u>

Dear Judge Parker:

    The Government respectfully requests that Complaint 24 MAG 1059 be unsealed. The Complaint was sealed by order of Magistrate Judge Stewart Aaron at the time of the defendant's arrest and presentment. The conditions which previously required the sealing of the Complaint no longer exist. A proposed order is attached for the Court's consideration.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

    By:    */s/ Andrew Jones*
        Andrew Jones
        Assistant United States Attorney

Enclosure

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v. –<br><br>MEHDI AHMED,<br><br>  Defendant. | **Unsealing Order**<br><br>**24 MAG 1059** |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Andrew Jones;

It is found that the Complaint in the above-captioned action is currently sealed, and the United States Attorney's Office has applied to have that Complaint unsealed, and it is therefore:

ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         April 15, 2024

_____
HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK